1
2
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 09, 2019

SEAN F. MCAVOY, CLERK
3
4
5              UNITED STATES DISTRICT COURT
6              EASTERN DISTRICT OF WASHINGTON

7    JAMES N.,

                                         NO:  1:18-CV-3238-RMP
8                        Plaintiff,

                                         ORDER GRANTING STIPULATED
9        v.                              MOTION TO REMAND

10   COMMISSIONER OF SOCIAL
     SECURITY,
11
                         Defendant.
12

13        BEFORE THE COURT is a Stipulated Motion for Remand, ECF No. 20,

14   from the parties in this matter.  The Court finds good cause to **GRANT** the motion,

15   **ECF No. 20,** and **DENY AS MOOT** Plaintiff's pending Motion for Summary

16   Judgment, **ECF No. 12**.

17        Consistent with the parties' stipulation, **IT IS FURTHER ORDERED** that

18   the case is **REVERSED** and **REMANDED** for additional administrative

19   proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  On remand, the

20   Appeals Council shall obtain addition medical evidence and consider whether a

21   finding of disability on the updated record is warranted pertaining to Plaintiff's

ORDER GRANTING STIPULATED MOTION TO REMAND ~ 1

surviving Title II claim.  If a favorable decision is not made on the record, the Appeals Council shall remand the case to an administrative law judge (ALJ), who shall update the medical records, offer Plaintiff the opportunity for a hearing, and issue a new decision.  The ALJ shall also:

- Reevaluate the medical opinion evidence;

- Further evaluate the Listings;

- Reevaluate Plaintiff's residual functional capacity; and

- If warranted, obtain supplemental vocational expert evidence to clarify the effects of the assessed limitations on Plaintiff's ability to perform other work in the national economy.

The parties agree that reasonable attorney fees will be awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412, upon proper request to the Court.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** August 9, 2019.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge